# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00201-CV

**Wayne Novy, by and through his legal guardian Forrest Novy, Appellant**

**v.**

**Texas Health and Human Services Commission; and
Kyle L. Janek, M.D., in his official capacity as Executive Commissioner
of the Texas Health and Human Services Commission, Appellees**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
#### NO. C-1-CV-14-010055, HONORABLE TODD T. WONG, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The parties have filed a joint motion to abate this appeal explaining that the agency is currently reevaluating the decision that is the basis of this dispute. Because the outcome of this reevaluation potentially impacts the merits of this appeal, in the interest of conserving judicial resources, we grant the motion and abate the appeal. All appellate deadlines will be tolled during the period of abatement. Absent further order of this Court, the appeal will automatically reinstate on December 18, 2015. The parties are directed to file either a status report or a motion to dismiss by that date.

Before Chief Justice Rose, Justices Pemberton and Field

Abated

Filed:   August 21, 2015